No. 00–6943.   BARTELL v. FRANCIS MARION UNIVERSITY ET AL. Ct. App. S. C.   Certiorari denied.

No. 00–6944.   BAGBY v. OKLAHOMA.   Ct. Crim. App. Okla. Certiorari denied.

No. 00–6945.   BUCHANAN v. SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL.   Sup. Ct. S. C.   Certiorari denied.

No. 00–6948.   AYERS v. SPARKMAN, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 00–6950.   BANKS v. PIZZINGRILLI, SECRETARY OF THE COMMONWEALTH OF PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 00–6954.   DUARTE-VESTAR v. WISCONSIN.   Ct. App. Wis. Certiorari denied.

No. 00–6956.   CHAMBERS v. BLACKWELL, FORMER SENIOR JUDGE, CIRCUIT COURT OF MISSOURI, 23RD CIRCUIT.   Sup. Ct. Mo.   Certiorari denied.

No. 00–6957.   CIPRIANI v. NEW YORK.   App. Div., Sup. Ct. N. Y., 3d Jud. Dept.   Certiorari denied.

No. 00–6959.   DUNNING v. FAMILY INDEPENDENCE AGENCY. Ct. App. Mich.   Certiorari denied.

No. 00–6961.   BARWICK v. PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 00–6962.   DYER v. CARLTON, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 00–6964.   CHESHIRE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 00–6965.   CARAIG v. DUNN ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 00–6966.   EDWARDS v. ALABAMA.   Ct. Crim. App. Ala. Certiorari denied.

No. 00–6968.   POMPA v. TAYLOR, WARDEN.   C. A. 9th Cir.   Certiorari denied.